IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EUGENE BOYD,                   )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )         2:23cv360-MHT
                               )              (WO)
DANNY BOND, Sheriff, and       )
PARKER WILLIS, C.O.,           )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Butler County Jail, filed this lawsuit asserting that a correctional officer shot him with a taser twice without justification, leaving him with a severe problem with his neck. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and comply with a court order. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2023.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**